**TWENTY PLUS LLC**
**BALANCE SHEET**
**MAY 31, 2010**

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
|     Cash | $ 5,734 | |
|     Inventory | 10,130 | |
|         Total current assets | | $ 15,864 |
| **Property, Plant, and Equipment** | | |
|     Furniture and fixtures | 4,000 | |
|     Less: Accumulated depreciation | (733) | |
|         Total property, plant, and Equipment | | 3,267 |
| **Other Assets** | | |
|     Goodwill | 202,800 | |
|     Other asset | 46,316 | |
|         Total other assets | | 249,116 |
| **TOTAL ASSETS** | | **$ 268,247** |

## LIABILITIES & MEMBERS' EQUITY

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
|     Taxes payable | $ 17,022 | |
|         Total current liabilities | | $ 17,022 |
| **Long-Term Liabilities** | | |
|     Notes payable - noncurrent | 69,637 | |
|     Mortgage payable | 20,200 | |
|     Loan from members | 31,000 | |
|         Total long-term liabilities | | 120,837 |
| **Members' Equity** | | 130,388 |
| **TOTAL LIABILITIES & MEMBERS' EQUITY** | | **$ 268,247** |

# TWENTY PLUS LLC
## STATEMENT OF OPERATIONS
## FOR THE FIVE (5) MONTHS ENDED MAY 31, 2010

| | | | |
|---|---:|---:|---:|
| Sales | | | $ 179,430 |
| Cost of goods sold | | | 79,516 |
| Gross profit | | | 99,914 |
| | | | |
| Operating expenses | | | |
|   Amortization | $ | 6,000 | |
|   Bank charges | | 3,099 | |
|   Communication | | 1,207 | |
|   Depreciation | | 333 | |
|   Entertainment | | 500 | |
|   Insurance | | 2,887 | |
|   Interest expense | | 2,322 | |
|   License and permit | | 130 | |
|   Office expense | | 430 | |
|   Payroll | | 3,250 | |
|   Professional fees | | 1,800 | |
|   Rent | | 63,984 | |
|   Repair & maintenance | | 1,198 | |
|   Supplies | | 1,035 | |
|   Tax expenses | | 1,501 | |
|   Utilities | | 2,547 | |
|   Miscellaneous | | 823 | |
|     Total operating expense | | | 93,046 |
| Net income | | | $ 6,868 |

**TWENTY PLUS LLC**
**STATEMENT OF CHANGES IN MEMBERS' EQUITY**
**FOR THE FIVE (5) MONTHS ENDED MAY 31, 2010**

| | |
|---|---:|
| Members' Equity, January 1 | $ 123,520 |
| Net income | 6,868 |
| Capital contributions | - |
| Withdrawals | - |
| Members' Equity, May 31 | $ 130,388 |

# TWENTY PLUS LLC
## STATEMENT OF CASH FLOWS
## FOR THE FIVE (5) MONTHS ENDED MAY 31, 2010

| | | |
|---|---:|---:|
| **OPERATING ACTIVITIES** | | |
| Net Income | $ | 6,868 |
| Adjustments to reconcile net income to net cash provided (used) by operations: | | |
|     Depreciation and amortization | | 6,333 |
|     Decrease in inventory | | 128 |
|     Increase in taxes payable | | 2,902 |
|         Total adjustments | | 9,363 |
| Net cash provided by operating activities | | 16,231 |
| | | |
| **FINANCING ACTIVITIES** | | |
|     Loan from members | | 3,000 |
|     Principal payments on long-term debt | | (20,181) |
| Net cash used by Financing Activities | | (17,181) |
| | | |
| Net cash increase for period | | (950) |
| Cash at beginning of period | | 6,684 |
| Cash at end of period | $ | 5,734 |